UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Terry Walker,
    Plaintiff

vs

Cognis Oleo Chemicals, LLC,
et. al.,
    Defendants

Case No. C-1-07cv289
(Barrett, J.)
(Hogan, M.J.)

## REPORT AND RECOMMENDATION

This matter is before the Court on Plaintiff's Motion Asking Permission to Attempt to Resolve Out of Court (Doc. 22). To date, Defendants have filed no response to Plaintiff's motion.

In his motion, Plaintiff states he is "asking if I can leave the court and my reasons I would like to bring closure without going thru [sic] the motions of court . . . ." (Doc. 22). The Court construes Plaintiff's motion as one for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2).

Fed.R.Civ.P. 41(a)(2) provides in pertinent part:

> Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Defendants have offered no reasons as to why Plaintiff's motion should not be granted. As such, we find that Plaintiff's motion should be granted.

## IT IS THEREFORE RECOMMENDED THAT:

1) Plaintiff's Motion to Dismiss (Doc. 22) be GRANTED and Plaintiff's Complaint be DISMISSED WITH PREJUDICE.

Date: 3/21/08

Timothy S. Hogan
United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING THE FILING OF OBJECTIONS TO THIS R&R

Pursuant to Fed. R. Civ. P. 72(b), any party may serve and file specific, written objections to the proposed findings and recommendations within ten (10) days after being served with this Report and Recommendation. Pursuant to Fed. R. Civ. P. 6(e), this period is automatically extended to thirteen (13) days (excluding intervening Saturdays, Sundays, and legal holidays) in the event this Report is served by mail, and may be extended further by the Court on timely motion for an extension. Such objections shall specify the portions of the Report objected to and shall be accompanied by a memorandum of law in support of the objections. If the Report and Recommendation are based in whole or in part upon matters occurring on the record at an oral hearing, the objecting party shall promptly arrange for the transcription of the record, or such portions of it as all parties may agree upon, or the Magistrate Judge deems sufficient, unless the assigned District Judge otherwise directs. A party may respond to another party's objections within ten (10) days after being served with a copy thereof. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See United States v. Walters,* 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn,* 474 U.S. 140, 106 S. Ct. 466, 88 L. Ed. 2d 435 (1985).

J:\SMITHLE\MTNDISM\Walker.41(a)(2).wpd

2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Terry Walker<br>3847 Odin Avenue<br>Cinti, OH 45213 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7007 1490 0001 0562 6691 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-01-M-2509

1:07cv289 Doc. 23